PETER J. SWEENEY, DEFENDANT-RESPONDENT, CROSS-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR, RESPONDENT-PETITIONER, CROSS-RESPONDENT.

See same case below: 81 *N. J. Super.* 90.

*Mr. Edward A. Kaplan* for the petitioner, cross-respondent.

*Messrs. Bernard & Bernard* for the respondent, cross-petitioner.

March 9, 1964. Granted.

BEATRICE MOICH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PASSAIC TERMINAL & TRANSPORTATION CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS, CHARLES W. HARTEL, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Alan R. Moskin* and *Mr. Lawrence Weintraub* for the petitioners.

*Messrs. Monaghan & Monaghan* for the plaintiffs-respondents.

*Messrs. Breslin & Breslin* for the defendants-respondents.

March 9, 1964. Denied.